```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 58017
   ROBERT GARCIA
   CONNIE GARCIA                              CHAPTER 13

                                              JUDGE: A. BENJAMIN GOLDGAR
            Debtor
   SSN XXX-XX-3314     SSN XXX-XX-5618
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/15/05 and confirmed on 12/16/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 97469.13 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| COUNTRYWIDE MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CONSUMERS COOP CU | SECURED VEHIC | 13228.85 | 272.35 | 13228.85 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 19346.48 | 2478.17 | 19346.48 |
| FIRST EXPRESS | UNSECURED | 416.47 | 49.26 | 416.47 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2534.96 | 299.07 | 2534.96 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 14545.86 | 1729.43 | 14545.86 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 460.15 | 55.58 | 460.15 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5021.53 | 596.55 | 5021.53 |
| BANK ONE/JPM CHASE | UNSECURED | 5316.71 | 640.29 | 5316.71 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1212.22 | 144.00 | 1212.22 |
| WELLS FARGO FINANCIAL RE | UNSECURED | 900.61 | 113.46 | 900.61 |
| WORLD FINANCIAL NETWORK | UNSECURED | 436.90 | 52.48 | 436.90 |
| CONSUMERS COOP CU | UNSECURED | 1000.00 | 133.79 | 1000.00 |
| FIRST EXPRESS | UNSECURED | 563.80 | 75.55 | 563.80 |
| ECAST SETTLEMENT CORP | UNSECURED | 4593.12 | 614.53 | 4593.12 |
| ECAST SETTLEMENT CORP | UNSECURED | 951.12 | 30.51 | 951.12 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2530.00 | 338.51 | 2530.00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 13228.85 | .00 | 59829.93 | .00 | 73058.78 |
| PRINCIPAL PAID | 13228.85 | .00 | 59829.93 | .00 | 73058.78 |
| INTEREST PAID | 272.35 | .00 | 7351.18 | .00 | 7623.53 |

```
TOTAL PAID              13501.20          .00    67181.11         .00    80682.31
```

The Debtor's attorney, KENNETH S BORCIA & ASSOC     , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $   3933.29 .

Refunds to the Debtor totaled $   10153.53 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


  Dated: 01/16/09                    /S/
                                        GLENN STEARNS
                                      CHAPTER 13 TRUSTEE